**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CURTIS E. CRAWFORD, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DENNIS CALLAHAN, )<br>)<br>Respondent. ) | Case No. CIV-05-895-M |

## ORDER

On January 24, 2006, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241. Magistrate Judge Bacharach recommends that this Court (1) deny Respondent's motion to dismiss Petitioner's petition as "second or successive" under 28 U.S.C. § 2244(a); (2) grant Respondent's motion for summary judgment on Petitioner's claims involving ineffective assistance of counsel, validity of parole violator warrant, supervised release termination date, and forfeiture of "street time"; and (3) deny Petitioner's due process claim. Petitioner was advised of his right to object to the Report and Recommendation by February 13, 2006. On February 6, 2006, Petitioner filed his objections.

Having carefully reviewed this matter *de novo*, the Court agrees with Magistrate Judge Bacharach's Report and Recommendation in all respects. Accordingly, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by Magistrate Judge Bacharach on January 24, 2006;

(2) DENIES Respondent's motion to dismiss Petitioner's petition as "second or successive" under 28 U.S.C. § 2244(a) [docket no. 15][1];

(3) GRANTS Respondent's motion for summary judgment [docket no. 15] on

---

[1] Magistrate Judge Bacharach's October 18, 2005 Order converted Respondent's motion to dismiss [docket no. 15] into a motion for summary judgment.

       Petitioner's claims involving ineffective assistance of counsel, validity of parole violator warrant, supervised release termination date, and forfeiture of "street time";

(4)    DENIES Petitioner's due process claims; and

(5)    ORDERS that judgment in favor of Respondent issue forthwith.

**IT IS SO ORDERED this 9th day of May, 2006.**

*[signature]*

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE